■ GERARD MEENAN v. OUR LADY OF REFUGE CHURCH.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ LOUIS A. VIRUET v. CITY OF NEW YORK et al.— Motions to dismiss appeal granted. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ MICHAEL M. CLAY v. ARTHUR D. HERRICK et al. DRUG RESEARCH CORPORATION et al. v. MENDEL JACOBI et al.— Motion for consolidation granted insofar as to allow appellant to have the appeals heard in one appeal book, without duplication of printing. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ NITA HARRIS v. J. A. WINSTON & Co., INC., et al.— Motions for a stay denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ SHIRLEY FASTENBERG, Also Known as SHIRLEY F. SILFEN, v. BERNICE F. SIMON, Also Known as BERNICE FASTENBERG.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before November 8, 1962, with notice of argument for November 20, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ HERMAN ROOM et al. v. GERTRUDE GERSTLER.— Motion for leave to amend notice of appeal denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

## (October 25, 1962)

■ AMERICAN OIL COMPANY v. TEXACO, INC., et al.— Motions for a stay and for other relief denied in all respects. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.